UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yippy, Inc.,

      Petitioner,

   -v-

Globalstar, Inc.,

      Respondent.

26-cv-0573 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    For the reasons stated from the bench, see Transcript, March 10, 2026, the Court hereby dismisses this case for lack of personal jurisdiction without prejudice to it being refiled, if otherwise proper, in a court having jurisdiction. The Clerk of Court is directed to enter judgment and to close this case.

    SO ORDERED.

New York, NY
March 11, 2026

                            JED S. RAKOFF, U.S.D.J.