# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

YIPPY, INC.,

                         Petitioner,               26 **CIVIL** 00573 (JSR)

        -against-                         **<u>JUDGMENT</u>**

  GLOBALSTAR, INC.,

                         Respondent.

---------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 11, 2026, the reasons stated from the bench, see Transcript, March 10, 2026, the Court hereby dismisses this case for lack of personal jurisdiction without prejudice to it being refiled, if otherwise proper, in a court having jurisdiction. Accordingly, the case is closed.

**Dated:** New York, New York

      March 11, 2026

                                   **TAMMI M. HELLWIG**

                                    _____

                                     **Clerk of Court**

             **BY:**

                                     _____

                                     **Deputy Clerk**